RECEIVED
OCT 17 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VEER B SINGH )
  Plaintiff, )
 )  CV 17 6215
vs. )  CASE NO. 555-2015-00829
TARGET CORPORATION )
 )  EMPLOYMENT DISCRIMINATION
 )  COMPLAINT
  Defendant(s). )
 )

1. Plaintiff resides at:

   Address  301 WOODFIELD COURT

   City, State & Zip Code  ROSEVILLE CA 95747

   Phone  916-759-8623

2. Defendant is located at:

   Address  33 SOUTH 6th Street

   City, State & Zip Code  MINNEAPOLIS MN 55402

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. X Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

1      c. __ Failure to promote me.

2      d. X Other acts as specified below.

3      _Discrimination and Retaliation._

4      _And Framed me. Wrongful Termination._

5

6

7

8

9  5. Defendant's conduct is discriminatory with respect to the following:

10     a. __ My race or color.

11     b. X My religion.

12     c. __ My sex.

13     d. __ My national origin.

14     e. __ Other as specified below.

15

16 6. The basic facts surrounding my claim of discrimination are:

17 _My Religion I wear Turban, I was Denied_

18 _Cashering Position I complain Nothing was_

19 _Done, my hours were lowered they framed_

20 _me and accused me of sexual harrasment_

21 _and fired me._

22

23

24

25 7. The alleged discrimination occurred on or about ___March 2015.___

26                                                 (DATE)

27 8. I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)          - 2 -

discriminatory conduct on or about ____6-13-15____.
(DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about ____7-21-17____.
(DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
Yes ✓   No ____

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: __10-15-17__        _Veer Bhadra Singh_
                            SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION        __VEER B SINGH__
IS NOT REQUIRED.)                  PLAINTIFF'S NAME
                                   (Printed or Typed)

Form-Intake 2 (Rev. 4/13)        - 3 -

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Veer B. Singh
301 Woodfield Court
Roseville, CA 95747

From: Kansas City Area Office
Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS 66101

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2015-00829 | Anne Powell, Investigator | (913) 551-5849 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Anne Powell_   7/21/17
Natascha DeGuire,   (Date Mailed)
Area Office Director

Enclosures(s)

cc: Shannon Wegner
Sr. Employee Investigations Paralegal
Target Corporation
33 South Sixth Street, CC-1810
Minneapolis, MN 55402

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>555-2015-00829 and EEOC |
|---|---|---|

State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.): Mr. Singh B. Veer
**Home Phone** (Incl. Area Code): (916) 771-0639
**Date of Birth**:

**Street Address**: 301 Woodfield Court, Roseville, CA 95747

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: TARGET CORPORATION
**No. Employees, Members**: 500 or More
**Phone No.**:

**Street Address**: 33 South 6th Street, Minneapolis, MN 55402

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 
Latest: 06-01-2015
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about October 24, 2004 as Overnight Logistics Team Member. My most recent position was Backroom Dayside and I performed my duties satisfactorily. My immediate supervisor was Blaine Brown.

In or about July 2014 I complained of discrimination to Respondent's "Target Integrity Hotline". No action was taken by Respondent.

In or about March 2015 I made a request to Human Resources Manager, Leticia Murphy, to be trained as a cashier. I was told I could not work a cash register because I wear a turban.

On or about June 1, 2015 I was discharged by Respondent for allegedly violating Respondent's policies.

I believe I have been discriminated against because of my Religion (Sikh), in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been retaliated against for my participation in protected activities, in violation of the statute.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 6-13-15
Charging Party Signature: /s/ Veerbahadur Singh

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

RECEIVED

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
JUN 16 2015

EEOC - OLO