UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER B. SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 17-cv-06215-JCS<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT this case having been transferred to the Eastern District, the Initial Case Management Conference noticed for June 1, 2018, at 2:00 P.M., has been VACATED.

Dated: May 16, 2018

Susan Y. Soong
Clerk, United States District Court

_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO
415-522-2035

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER B. SINGH,<br><br>            Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION,<br><br>            Defendant. | Case No.  17-cv-06215-JCS<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on May 16, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Veer B. Singh
301 Woodfield Court
Roseville, CA 95747


Dated: May 16, 2018


                                        Susan Y. Soong
                                        Clerk, United States District Court


                                        By:_____
                                        Karen Hom, Deputy Clerk to the
                                        Honorable JOSEPH C. SPERO

2